UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DEPE DENE, LLC and KENNETH ERMIGER,

                 Plaintiffs,

-against-

THE NETHERLANDS INSURANCE COMPANY,

                 Defendant.

**STIPULATION AND ORDER OF DISMISSAL**
Civil Action No.:
1:15-cv-00252 MAD-DEP

---

The above-entitled action has been compromised and settled, there is no party who is an infant or incompetent person for whom a committee has been appointed, nor is there any person not a party has an interest in the subject matter of the action.

THEREFORE, it is stipulated and agreed by and between the attorneys for the respective parties herein that the above-entitled action be, and the same hereby is, discontinued with prejudice, without costs to either party against the other, and that an Order to that affect may be entered without notice.

DATED: _October 26_, 2014

O'CONNOR, O'CONNOR,
BRESEE & FIRST, P.C.

_____
By:   DIANNE C. BRESEE, ESQ.
      Bar Roll No. 102930
*Attorneys for Defendant The Netherlands Insurance Company*
20 Corporate Woods Boulevard
Albany, NY 12211
518.465.0400

DATED:      10/21      , 2015       BARTLETT, PONTIFF, STEWART &
                                     RHODES, P.C.

                                     By:    EILEEN M. HAYNES, ESQ.
                                            Bar Roll No. 509186
                                     *Attorneys for Plaintiffs*
                                     One Washington Street
                                     Glens Falls, NY 12801


IT IS SO ORDERED!!

_____        _____November 6_____, 2015
**MAGISTRATE JUDGE DAVID A. PEEBLES**